**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF CAPITOLA, | ) Case No.: 5:12-cv-03428-LHK |
| | ) |
| Plaintiff, | ) |
| | ) ~~(Proposed)~~ |
| v. | ) **ORDER GRANTING** |
| | ) **APPLICATION FOR ADMISSION** |
| LEXINGTON INSURANCE COMPANY, | ) **OF ATTORNEY PRO HAC VICE** |
| and DOES 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Jeffrey S. Weinstein, whose business address and telephone number is One Battery Park Plaza, New York, New York 10004, Tel. (212) 804-4200, and who is an active member in good standing of the bars of New York and New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lexington Insurance Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Date: August 8, 2012

*Lucy H. Koh*

United States District Court Judge

3

~~(Proposed)~~ ORDER GRANTING *PRO HAC VICE* APPLICATION
CASE NO. 5:12-cv-03428-LHK