# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAPITOLA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 5:12-cv-03428-LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING<br>APPLICATION FOR ADMISSION<br>OF ATTORNEY PRO HAC VICE** |

Jeffrey S. Weinstein, whose business address and telephone number is One Battery Park Plaza, New York, New York 10004, Tel. (212) 804-4200, and who is an active member in good standing of the bars of New York and New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lexington Insurance Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Date: August 8, 2012

*Lucy H. Koh*
United States District Court Judge