**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
GRANT E. INGRAM – State Bar No. 242785
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

**MOUND COTTON WOLLAN & GREENGRASS**
Jeffrey S. Weinstein, appearing *pro hac vice*
Renee M. Plessner, appearing *pro hac vice*
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 804-4200
Facsimile: (212) 344-8066

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAPITOLA, <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:12-cv-03428-LHK <br><br> STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER |

A Case Management Conference in this matter is scheduled for October 10, 2012. Counsel for Defendant Lexington Insurance Company, Jeffrey S. Weinstein, appearing *pro hac vice*, is the attorney with the most knowledge concerning the facts of this matter, however, he will be out of the country on October 10, 2012 attending to another matter.

1

STIPULATION EXTENDING TIME
CASE NO. 5:12-cv-03428-LHK

Counsel for Plaintiff, Joel P. Gumbiner, has agreed to an adjournment of the Case Management Conference to October 31, 2012. Mr. Gumbiner has advised that he is scheduled to be in a trial in Los Angeles during the week of October 10, 2012, and if that trial proceeds, he also would not be available for a Case Management Conference on October 10, 2012.

The parties agree to file the Joint Case Management Conference Statement by the date originally set by the Court, October 3, 2012.

IT IS SO STIPULATED.

Dated: August 22, 2012     GUMBINER & ESKRIDGE, LLP

Joel P. Gumbiner
Attorney for Plaintiff
City of Capitola

Dated: August 22, 2012     RIMAC MARTIN, P.C.

Grant E. Ingram
Attorneys for Defendant
Lexington Insurance Company

[~~PROPOSED~~ ORDER]

The Case Management Conference in this matter, originally scheduled for October 10, 2012 at 2:00 p.m., is hereby adjourned to October 31, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: August 23, 2012

Lucy H. Koh
United States District Judge

---

2
STIPULATION EXTENDING TIME
CASE NO. 5:12-cv-03428-LHK