UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CITY OF CAPITOLA, | ) | Case No.: 12-CV-03428-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A Further Case Management Conference will be held on February 27, 2013 at 2:00 p.m. The parties shall complete private mediation by February 1, 2013.

The Court sets the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES is December 14, 2012.

FACT DISCOVERY CUTOFF is March 8, 2013.

EXPERT DISCOVERY:
　　Opening Reports: April 16, 2013
　　Rebuttal Reports: May 17, 2013
　　Cut-off: June 21, 2013

DISPOSITIVE MOTIONS shall be filed by August 15, 2013, and set for hearing no later than September 26, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is November 14, 2013 at 1:30 p.m.

JURY TRIAL DATE is December 2, 2013 at 9:00 a.m.

TRIAL LENGTH is estimated to be 8 days.

**IT IS SO ORDERED.**

Dated: October 31, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge