Joel P. Gumbiner  (State Bar No. 111586)
Gordon D. McAuley (State Bar No. 99932)
GUMBINER & ESKRIDGE LLP
2950 Buskirk Avenue, Suite 300
Walnut Creek, California  94597
Telephone:     (925) 933-5800
Facsimile:      (925) 933-5837
Email:  Joel@insuredlaw.com
Email:  Gordon@insuredlaw.com

Attorneys for Plaintiff
City of Capitola

*IT IS SO ORDERED AS MODIFIED.*
*Judge Paul S. Grewal*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAPITOLA,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:12-cv-03428-LHK<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL**<br><br>**REQUESTED HEARING**<br>DATE: Jan. 22, 2013<br>TIME:  10:00 a.m.<br>CTRM: 5, Fifth Floor<br>JUDGE: Hon. Paul Singh Grewall |

Plaintiff City of Capitola hereby applies for an Order Shortening Time for the filing and hearing of a Motion to Compel to be heard by this Court on January 22, 2013 at 10:00 a.m in Courtroom 5, the Honorable Paul Singh Grewall presiding.  The attached Certificate establishes that the hearing of this motion on shortened time is necessary because the Court's fact discovery cut-off date is March 8, 2013; a mediation in the case is set for January 29; and

depositions are set to proceed immediately thereafter if the case does not settle.  The documents requested in the motion are essential for Plaintiff to investigate the claims asserted in its Complaint, and to conclude the scheduled depositions before the discovery cut-off date.  Per the accompanying Certificate of Joel P. Gumbiner, defense counsel does not object to setting the hearing on shortened time.

GUMBINER & ESKRIDGE LLP

Dated:  January 3, 2013          By:  _____
                                      Joel P. Gumbiner, Attorney for Plaintiff,
                                      CITY OF CAPITOLA

## ORDER

Having considered the Application for Order Shortening Time for Hearing on Motion to Compel, and Certificate in Support, and finding good cause therefor,

It is HEREBY ORDERED that the Application is GRANTED.  The Hearing on the Motion to Compel is set for Tuesday, January 22, 2013 at 10:00 a.m. in Courtroom 5. Plaintiff having filed and served by email attachment its underlying Motion papers on January 3, 2013, Defendant shall file its Opposition Brief by January 11, 2013.  No reply will be considered.

Dated: January 14, 2013          _____
                                  United States Magistrate Judge