# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAPITOLA, | ) Case No.: 5:12-CV-03428-LHK |
| Plaintiff, | ) **ORDER GRANTING STIPULATED** |
| | ) **REQUEST TO ENLARGE TIME** |
| v. | ) |
| LEXINGTON INSURANCE COMPANY, and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

A hearing for Plaintiff's Motion for Partial Summary Judgment is currently scheduled for July 18, 2013.

On March 28, 2013, the Court granted the Parties' Second Stipulated Request for an Order Enlarging Time for Opposition to Partial Summary Judgment Motion, and denied as moot Defendant's pending Motion to Enlarge Time and Motion to Shorten Time. ECF No. 71. The Court noted in that Order that any future motions to change time shall comply with Northern District of California Civil Local Rule 6. Civil Local Rule 6 provides in relevant part that any stipulated request for an order changing time must be accompanied by a declaration that (1) sets forth with particularity, the reasons for the requested enlargement or shortening of time; (2) discloses all previous time modifications in the case, whether by stipulation or Court order; and

1 (3) describes the effect the requested time modification would have on the schedule for the case. *See* Civ. L. R. 6-2(a).

On April 11, 2013, the parties filed a Stipulated Request for an Order Enlarging Time for Exchange of Expert Reports. ECF No. 79. The stipulation does not include a declaration, nor does it address the multiple previous time modifications in this case. The parties do indicate that good cause exists to grant the stipulated extension because the parties are actively engaged in productive settlement negotiations.

The parties' stipulation is hereby GRANTED. However, any future motions to change time in this case will be disfavored.

**IT IS SO ORDERED**.

Dated: April 15, 2013

_____
Honorable Lucy H. Koh