Joel P. Gumbiner (State Bar No. 111586)
Gordon D. McAuley (State Bar No. 99932)
GUMBINER & ESKRIDGE LLP
2950 Buskirk Avenue, Suite 300
Walnut Creek, California 94597
Telephone: (925) 933-5800
Facsimile: (925) 933-5837
Email: Joel@insuredlaw.com
Email: Gordon@insuredlaw.com

Attorneys for Plaintiff
City of Capitola

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAPITOLA, | Case No.: 5:12-cv-03428-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| LEXINGTON INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own attorney's fees and costs.

Dated: May 17, 2013

GUMBINER & ESKRIDGE LLP

By: /s/
Joel P. Gumbiner, Attorney for Plaintiff,
CITY OF CAPITOLA

Dated: May 17, 2013                    MOUND COTTON WOLLAN & GREENGRASS

By: /s/ Renee Plessner
Renee Plessner, Attorney for Defendant,
LEXINGTON INSURANCE COMPANY

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**
The Clerk shall close the file.

Dated: May 28, 2013                    /s/ Lucy H. Koh
Lucy H. Koh
United States District Court Judge