Joel P. Gumbiner (State Bar No. 111586)
Gordon D. McAuley (State Bar No. 99932)
GUMBINER & ESKRIDGE LLP
2950 Buskirk Avenue, Suite 300
Walnut Creek, California 94597
Telephone: (925) 933-5800
Facsimile: (925) 933-5837
Email: Joel@insuredlaw.com
Email: Gordon@insuredlaw.com

Attorneys for Plaintiff
City of Capitola

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CAPITOLA,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:12-cv-03428-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own attorney's fees and costs.

Dated: May 17, 2013        GUMBINER & ESKRIDGE LLP

By: _____
Joel P. Gumbiner, Attorney for Plaintiff,
CITY OF CAPITOLA

---

1

STIPULATION AND [PROPOSED] ORDER TO DISMISS         Case No.: 5:12-cv-03428-LHK
ACTION WITH PREJUDICE

Dated: May 17, 2013                MOUND COTTON WOLLAN & GREENGRASS

By: _____Renee Plessner_____
Renee Plessner, Attorney for Defendant,
LEXINGTON INSURANCE COMPANY

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**
The Clerk shall close the file.

Dated: May 28, 2013                _____Lucy H. Koh_____
Lucy H. Koh
United States District Court Judge